UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADLEY SCOTT PROULX, | No. C 13-350 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| P. D. BRAZELTON, warden, | |
| Respondent. | |

The petition for writ of habeas corpus is denied on the merits.

IT IS SO ORDERED AND ADJUDGED.

DATED: November 5, 2013

SUSAN ILLSTON
United States District Judge