**United States District Court**
For the Northern District of California

1

2

3

4

5              UNITED STATES DISTRICT COURT

6              NORTHERN DISTRICT OF CALIFORNIA

7

8    BRADLEY SCOTT PROULX,                  No. C 13-350 SI (pr)

9              Petitioner,                  **JUDGMENT**

10        v.

11   P. D. BRAZELTON, warden,

12        Respondent.
                                        /
13

14

15        The petition for writ of habeas corpus is denied on the merits.

16

17        IT IS SO ORDERED AND ADJUDGED.

18

19   DATED: November 5, 2013          _____
                                          SUSAN ILLSTON
20                                        United States District Judge

21

22

23

24

25

26

27

28